IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MALLORY R. WARREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 309-046 |
| | ) |
| WHEELER CORRECTIONAL FACILITY | ) |
| MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to exhaust administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this 14th day of October, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE